IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountainview Road<br>Warren, NJ 17360<br><br>    Plaintiff<br><br>v.<br><br>DELORIS COMPTON<br>5624 Roundtree Drive<br>Woodbridge, Virginia 22193<br><br>    Defendant. | Civil Court Action No: 07- cv-01537<br>Judge Reggie B. Walton |

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE
## AND TO RE-ISSUE SUMMONS AND COMPLAINT

COMES NOW, Plaintiff, Federal Insurance Company ("Federal"), through undersigned counsel, and moves this Court, pursuant to Rule 4(m), to extend the time limit for service of the Complaint and Summons on the Defendant. In support of its Motion, the Plaintiff states as follows:

1. On August 29, 2007, the Plaintiff filed a Complaint against the Defendant seeking a monetary judgment and punitive damages for tortious conduct by the Defendant that occurred in the District of Columbia.

2. Since the time of filing the Complaint through the date of this Motion, Defendant has been incarcerated.

3. Initially, Defendant was incarcerated at FPC Alderson in Southern West Virginia. According to her probation officer, Michael Pinders, as well as the Federal Bureau of Prisons website, Defendant was recently relocated to a facility in the District of Columbia and is

scheduled to be released from prison on or about December 29, 2007. See Inmate Locator Results from the Federal Bureau of Prisons website attached as **Exhibit A**.

4. Plaintiff believes that it can successfully serve the Defendant with the Summons and Complaint if it is given additional time to allow the Defendant to be released from prison and be served with the Complaint. As a result, the Plaintiff seeks an extension of time for 120 days to serve the Defendant with its Complaint and Summons.

5. Under Rule 4(m), Plaintiff's time period for service in this case will expire December 29, 2007. Accordingly, Plaintiff requests an extension of time to April 29, 2008, in which to complete service of process on the Defendant. Additionally, Plaintiff requests this Court to reissue the Summons for service.

WHEREFORE, the Plaintiff requests that this Court extend the time period for service of its Complaint and Summons for 120 days to April 29, 2008, to reissue the Summons for service.

Respectfully submitted,

/s/ Jennifer Jackman
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036-5405
(202) 659-6796
(202) 327-6144 Facsimile
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountainview Road<br>Warren, NJ 17360<br><br>    Plaintiff<br><br>v.<br><br>DELORIS COMPTON<br>5624 Roundtree Drive<br>Woodbridge, Virginia 22193<br><br>    Defendant. | Civil Court Action No: 07- cv-01537<br>Judge Reggie B. Walton |

## ORDER

UPON consideration of Plaintiff's Motion to Extend Time for Service and Re-Issue Summons and Complaint, and any opposition thereto, it is this _____ day of

_____,

ORDERED that the Motion be and is hereby GRANTED, and is further

ORDERED that the Plaintiff has until April 29, 2008, in which to complete service of process on the Defendant, and is further

ORDERED, that the Summons for service shall be re-issued.

_____
Judge Walton

- 3 -

Copy to:

Jennifer S. Jackman, Esq.
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405

*211269*




Return to Website

Printer Friendly Page

Click to print

# Inmate Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. DELORIS K COMPTON | 28782-016 | 49 | White | F | 12-29-2007 | DIST OF COLUMBIA CCM |

New Search | FAQs | Privacy

Results 1 - 1 of 1

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map