U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Federal Insurance Company

vs.

Deloris Compton

No. 1:07-CV-01537 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:38 pm on January 18, 2008, I served Deloris Compton at 5964 Tapestry Drive, Woodbridge, Virginia 22193 by serving Deloris Compton, personally. Described herein:

```
SEX-     FEMALE
AGE-     55
HEIGHT-  5'6"
HAIR-    BLONDE
WEIGHT-  120
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 1-22-08
              Date

MICHAEL R. REEDER
1827 18th Street, NW
Washington, DC 20009
Our File#- 200097