IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountainview Road<br>Warren, NJ 17360<br><br>     Plaintiff<br><br>v.<br><br>DELORIS COMPTON<br>5624 Roundtree Drive<br>Woodbridge, Virginia 22193<br><br>     Defendant. | Civil Court Action No: 07- cv-01537<br>Judge Reggie B. Walton |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

COMES NOW Plaintiff, Federal Insurance Company, through undersigned counsel, with this Request for Entry of Default and in support thereof, states as follows:

1. Defendant was personally served with process on January 18, 2008.

2. Defendant has not filed a responsive pleading and the time for doing so has passed.

3. In further support of this Request for Entry of Default, Plaintiff relies upon the attached (1) Affidavit in Support of Default and (2) Military Affidavit.

WHEREFORE, Plaintiff respectfully requests the Clerk to enter a Default against said defendant in the amount of One Hundred Ninety Two Thousand Five Hundred and Fifty-Eight Dollars and Ninety-Seven Cents ($192,558.97) plus punitive damages of Two Hundred Thousand Dollars ($200,000.00).

- 2 -

        Respectfully submitted,

        */s/ Jennifer S. Jackman*
        Jennifer S. Jackman (#466922)
        Whiteford, Taylor & Preston L.L.P.
        1025 Connecticut Avenue, NW
        Suite 400
        Washington, DC  20036-5405
        (202) 659-6796
        (202) 327-6144 Facsimile
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2008, a copy of the foregoing was mailed via first class mail, postage prepaid to:

    Deloris Compton
    5624 Roundtree Drive
    Woodbridge, Virginia 22193

    Deloris Compton
    5964 Tapestry Drive
    Woodbridge, Virginia 22193

        */s/ Jennifer S. Jackman*

*214652*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY
15 Mountainview Road
Warren, NJ 17360

    Plaintiff

v.

DELORIS COMPTON
5624 Roundtree Drive
Woodbridge, Virginia 22193

    Defendant.

Civil Court Action No: 07- cv-01537
Judge Reggie B. Walton

### AFFIDAVIT IN SUPPORT OF DEFAULT

District of Columbia, ss:

    I hereby certify under penalty of perjury this 28th day of February, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant Deloris Compton was personally served with process on January 18, 2008.

    This Court has jurisdiction over defendant by virtue of the District of Columbia Long Arm Statute, D.C. Code §13-423(a)(3) as Ms. Compton engaged in tortious activity in the District of Columbia which caused damage to plaintiff in the District of Columbia. D.C. Code §13-423(a)(3).

    I further certify under penalty of perjury that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; and no extension has been given and the time for filing has expired.



EXHIBIT 1

The Clerk is requested to enter a Default against said defendant in the amount of One Hundred Ninety Two Thousand Five Hundred and Fifty-Eight Dollars and Ninety-Seven Cents ($192,558.97) plus punitive damages of Two Hundred Thousand Dollars ($200,000.00).

_____
Jennifer S. Jackman

Subscribed and sworn to before me this 28th day of February, 2008.

_____
Notary Public

SUSAN C. RANKIN
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires 11/14/2010

My Commission expires:

Respectfully submitted,

_____
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405
(202) 659-6796
(202) 327-6144 Facsimile
Attorney for Plaintiff

*214557*

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountainview Road<br>Warren, NJ 17360<br><br>    Plaintiff<br><br>v.<br><br>DELORIS COMPTON<br>5624 Roundtree Drive<br>Woodbridge, Virginia 22193<br><br>    Defendant. | Civil Court Action No: 07- cv-01537<br>Judge Reggie B. Walton |

## MILITARY AFFIDAVIT
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

District of Columbia, ss:

I hereby certify under penalty of perjury, this 28th day of February, 2008, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for


EXHIBIT 2

duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United State is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service. I do not know where defendant is currently employed but do know that plaintiff was just recently released from prison.

                                              Jennifer S. Jackman

Subscribed and sworn to before me this 28th day of January, 2008.

                                              Notary Public

My Commission expires:

SUSAN C. RANKIN
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires 11/14/2010

                                              Respectfully submitted,

Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036-5405
(202) 659-6796
(202) 327-6144 Facsimile
Attorney for Plaintiff

214565

-2-