Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY

    Plaintiff(s)

    v.

Civil Action No. 07-1537 RBW

DELORIS COMPTON

    Defendant(s)

RE: DEFENDANT, DELORIS COMPTON

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 1/18/08, and an affidavit on behalf of the plaintiff having been filed, it is this 29TH day of February, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

Deputy Clerk