**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                    )
FEDERAL INSURANCE CO.,              )
                                    )
                Plaintiff,          )
                                    )
        v.                          )        Civil Action No. 07-1537 (RBW)
                                    )
DELORIS COMPTON,                    )
                                    )
                Defendant.          )
                                    )
_____)
```

**ORDER**

The Federal Insurance Company, the plaintiff in this civil lawsuit, seeks to recover

$192,558.97 in compensatory damages, $200,000.00 in punitive damages, along with interest and

costs, Complaint at 11, for alleged conversion and fraudulent misrepresentation, id. ¶¶ 20-36.

After the defendant failed to file an answer or responsive motion to the plaintiff's complaint

within twenty days of service of the complaint and the Court's summons as required by Federal

Rule of Civil Procedure 12(a), the plaintiff requested and received an entry of default from the

Clerk of the Court and subsequently moved for a default judgment.  Motion for Judgment by

Default at 1.  Under this Court's local rules, and taking into account the three additional days

afforded by Federal Rule of Civil Procedure 6(d) for motions served by mail, the plaintiff's

opposition to the defendants' motion was due on or before April 10, 2008.  See Local Civ. R.

7(b) (providing that the Court may "treat as conceded" a motion to which no opposition is filed

"[w]ithin 11 days of the date of service" of that motion).  Thus, that deadline has long since

passed, yet no opposition has been filed.  The Court will therefore treat the plaintiff's motion for

default judgment as conceded, grant the motion, and enter final judgment in the plaintiff's favor at this time.

Accordingly, it is

**ORDERED** that the plaintiff's Motion for Judgment by Default is **GRANTED**.  It is further

**ORDERED** that **FINAL JUDGMENT** is entered in favor of the plaintiff.  It is further

**ORDERED** that judgment is entered against the defendant in the amount of $166,558.97 in compensatory damages plus $200,000.00 in punitive damages, with post-judgment interest at the statutory rate, along with costs.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 2nd day of May, 2008.


REGGIE B. WALTON
United States District Judge

2